AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

ANAYA WASHINGTON, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

REYNOLDS CONSUMER PRODUCTS LLC,

*Defendant(s)*

Civil Action No. 1:24-cv-02327

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Reynolds Consumer Products LLC
1900 West Field Court
Lake Forest, Illinois 60045

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
George V. Granade
Reese LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/28/2024

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*