UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANAYA WASHINGTON, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>  v.<br><br>REYNOLDS CONSUMER PRODUCTS LLC,<br><br>                  Defendant. | **Case No. 1:24-cv-02327-ALC**<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT REYNOLDS CONSUMER PRODUCTS LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Reynolds Consumer Products LLC's ("Reynolds") Motion to Dismiss Plaintiff's First Amended Class Action Complaint, dated July 22, 2024, and all other documents submitted therewith, for good cause shown, the undersigned will move before this Court, the United States District Court for the Southern District of New York, before the Honorable Andrew L. Carter, Jr., at the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, NY 10007, at a time and place to be scheduled by this Court, pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing the First Amended Complaint in its entirety and for such other and further relief as the Court may deem just and proper. Reynolds respectfully requests oral argument on its motion.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff's opposition to this motion is due on August 21, 2024, and Reynolds's reply is due September 11, 2024. *See* Dkt. 11.

Dated:  July 22, 2024

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: /s/ Nilda M. Isidro
Nilda M. Isidro
One Vanderbilt Ave
New York, New York 10017
Tel: (212) 801-9200
nilda.isidro@gtlaw.com

Robert J. Herrington*
**GREENBERG TRAURIG, LLP**
1840 Century Park East, Suite 1900
Los Angeles, CA 90067
Tel: (310) 586-7700
robert.herrington@gtlaw.com

*Attorneys for Defendant Reynolds Consumer Products LLC*

* Pro Hac Vice application forthcoming