UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANAYA WASHINGTON, individually and on
behalf of all others similarly situated,

Plaintiff,

-against-

REYNOLDS CONSUMER PRODUCTS, LLC,

Defendant.

24-CV-02327 (ALC) (RFT)

**INITIAL CASE MANAGEMENT
CONFERENCE ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In light of the mediation scheduled for January 12, 2026, the parties shall provide a joint update on the status but not the substance of their settlement efforts by **January 14, 2026**. If the mediation is unsuccessful, Plaintiffs' motion for class certification shall be due by **February 15, 2026**; the deadline for discovery regarding Plaintiffs' experts shall be **March 31, 2026**; the deadline for Defendant's opposition shall be **April 15, 2026**; the deadline for discovery regarding Defendant's experts shall be **May 15, 2026**; the deadline for Plaintiffs' reply shall be **June 1, 2026**. Judge Carter will determine whether, and if so, when there will be a hearing on the class certification motion. I do not anticipate further extensions of these deadlines absent extremely good cause.

DATED:     New York, New York
           September 29, 2025

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge