**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

WASHINGTON                                    :
                                              :
                                              :       **1:24-cv-2327 (ALC)**
                                              :
v.                                            :       <u>ORDER</u>
                                              :
REYNOLDS CONSUMER PRODUCTS                     :
LLC                                           :
                                              :
                                              :
-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On February 15, 2026, Plaintiff filed a Motion to Certify Class. ECF No. 53. Defendants

are ORDERED to respond by March 10, 2026. Any Reply from Plaintiffs is due by March 17,

2026.

**SO ORDERED.**

**Dated:** February 16, 2026

           **New York, New York**                              **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**