UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

   WASHINGTON

                                          1:24-cv-2327 (ALC)

   v.

   REYNOLDS CONSUMER PRODUCTS
   LLC

---------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

     The Order (ECF No. 57) issued February 16, 2026 is VACATED. The Parties are

ORDERED to adhere to Judge Tarnofsky's September 29, 2025 Order regarding the briefing

schedule for the Motion for Class Certification. ECF No. 41.

**SO ORDERED.**

**Dated:** February 17, 2026

     New York, New York

                                 **ANDREW L. CARTER, JR.**
                                 **United States District Judge**