UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

WASHINGTON

                                  1:24-cv-2327 (ALC)

v.

REYNOLDS CONSUMER PRODUCTS
LLC

---------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      Following up from the April 9, 2026 telephonic conference, the Parties should submit a joint status report with the status of settlement negotiations by April 24, 2026. If the Parties need additional time to pursue settlement or assistance, notify the Court. If the Parties have not settled, Defendant's 702 motion is due April 28, 2026; Plaintiff's opposition is due June 1, 2026 and any Reply by June 15, 2026. Defendant's motion for summary judgment is due April 30, 2026; Plaintiff's Opposition by June 1, 2026 and any Reply by June 15, 2026.

      **SO ORDERED.**

      Dated:  April 9, 20 26

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**