USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/6/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANAYA WASHINGTON, *individually and on behalf of all others similarly situated*, et al.,

Plaintiffs,

-against-

REYNOLDS CONSUMER PRODUCTS LLC,

Defendant.

24-CV-02327 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In light of the pre-settlement conference call held today, the settlement conference in this matter, currently scheduled for July 7, 2026, is ADJOURNED to **September 2, 2026** at **2:00 p.m.** The conference will take place over Zoom.

No later than **August 26, 2026**, the parties must conduct an additional pre-conference settlement discussion (*see* Dkt. 80 ¶ 2), and submit new confidential settlement letters and acknowledgment forms to chambers via email. *See id.* ¶¶ 3-4. All other provisions of this Court's May 8, 2026 Order remain in effect.

Dated: New York, New York
July 6, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**