UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANAYA WASHINGTON, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

REYNOLDS CONSUMER PRODUCTS, LLC,

Defendant.

24-CV-02327 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By **July 24, 2026**, the parties shall file a joint status update on the docket on the status but not the substance of their settlement efforts.

DATED: July 16, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge