**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **WASHINGTON** | : | |
| | : | **1:24-cv-2327 (ALC)** |
| **v.** | : | |
| **REYNOLDS CONSUMER PRODUCTS LLC** | : | |

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff's motion to seal is granted. The Clerk of Court is respectfully directed to terminate ECF No. 49.

**SO ORDERED.**

**Dated:** August 3, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**