GT GreenbergTraurig

Nilda M. Isidro
Tel 212.801.9335
Fax 212.801.6400
Nilda.Isidro@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 8/27/26

August 26, 2026

**VIA ECF**

Hon. Barbara Moses
United States District Court
Southern District of New York
500 Pearl St., Courtroom 20A
New York, NY 10007

**MEMO ENDORSED**

**Re: *Washington v. Reynolds Consumer Products LLC* (Case No. 1:24-cv-02327)**

Dear Magistrate Judge Moses:

Plaintiffs Michelle Solas, Dina Volpe, Marc Yancey, and Douglas Angona (collectively, "Plaintiffs") and Defendant Reynolds Consumer Products LLC ("Reynolds" or "Defendant"), the parties to the above-referenced action (collectively, the "Parties"), respectfully submit this joint letter-motion to request an **agreed** adjournment of the settlement conference scheduled for September 2, 2026, at 2:00 p.m. via Zoom. (*See* Dkt. 81.)

As Your Honor may recall, during the last telephone conference with the Parties on July 6, 2026, Your Honor suggested moving the settlement conference in light of the distance between the Parties' settlement positions. It was further determined on that call that it would be reasonable and efficient to conduct the settlement conference after briefing on Plaintiffs' class certification motion, Defendant's summary judgment motion, and Defendant's Rule 702 motions was complete. That resulted in Your Honor's July 6, 2026 Order moving the settlement conference to September 2, 2026, at 2:00 p.m. (Dkt. 81.)

Since the Parties' July 6, 2026 telephone conference with Your Honor, there have been several developments that are relevant to the timing of the settlement conference. Specifically, on July 31, 2026, the Court entered an Order granting Plaintiffs' motion for class certification. (Dkt. 99.) Reynolds subsequently withdrew (without prejudice) its motion for summary judgment. (Dkt. 101.) In doing so, Reynolds expressly reserved its right to file a dispositive motion by January 12, 2027, consistent with deadlines set forth in the status report so-ordered by the Court on April 24, 2026. (Dkt. 77.) Based on the current schedule, dispositive motion briefing would continue through March 29, 2027. On August 14, 2026, Reynolds filed a petition in the Second Circuit seeking permission to appeal the Order granting class certification. (Dkt. 102.)

The Parties have since met and conferred, and it appears their respective settlement positions are still too far apart for the settlement conference to be fruitful on the currently-scheduled date of September 2, 2026.

The Parties therefore jointly request that the settlement conference be adjourned to next year. Under paragraph 6 of the Court's May 8, 2026 Order (Dkt. 80), the Parties jointly propose the Zoom settlement conference be rescheduled to a date between **September 1-17 or 21-30, 2027**, excluding weekends and Court holidays. These dates are acceptable for all Parties and their counsel, and the Parties have confirmed with chambers that the Court is also available on these dates. The Parties have not filed any previous requests for adjournment of this conference.

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

By: */s/ Nilda M. Isidro*
Nilda M. Isidro
One Vanderbilt Ave
New York, New York 10017
Tel: (212) 801-9200
Fax: (212) 801-6400
nilda.isidro@gtlaw.com

*Attorneys for Defendant Reynolds Consumer Products LLC*

**REESE LLP**

By: */s/ George V. Granade*
George V. Granade
*ggranade@reesellp.com*
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

*Attorneys for Plaintiffs Michelle Solas, Dina Volpe, Marc Yancey, and Douglas Angona and the Class*

cc: All counsel of record, via CM/ECF

Application GRANTED. The settlement conference previously scheduled for September 2, 2026 (*see* Dkt. 81) is ADJOURNED to **September 16, 2027 at 2:15 p.m.**, and will be held over Zoom. (*Id.*) No later than **September 9, 2027**, the parties must conduct an additional pre-conference settlement discussion (*see* Dkt. 80 ¶ 2), and submit new confidential settlement letters and acknowledgment forms to chambers via email. (*See id.* ¶¶ 3-4.)

SO ORDERED.

August 27, 2026

**Barbara Moses**
**United States Magistrate Judge**