**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **WASHINGTON,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**REYNOLDS CONSUMER PRODUCTS LLC**<br><br>**Defendant.** | **24-cv-02327 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On August 26, 2026, the Parties submitted a joint letter to Magistrate Judge Moses. The letter stated that Defendant had withdrawn its motion for summary judgment and reserved the right to file a dispositive motion by January 12, 2027, and that Defendant filed a petition in the Second Circuit seeking permission to appeal the Court's Order granting class certification. Due to these developments, the Parties requested to adjourn the settlement conference to a convenient time in September 2027. ECF No. 105. The parties should submit a joint status report by October 27, 2026, explaining how the pending appeal affects the status of this case.

**SO ORDERED.**

Dated: October 20, 2026
New York, New York

Andrew L. Carter Jr.

**ANDREW L. CARTER, JR.**
**United States District Judge**